AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., as Broadcast Licensee of the February 3, 2007, UFC 67 Program,<br>        Plaintiff,<br><br>v.<br><br>TOM KAZNOWSKI and TED MAJCHRZAK, Individually, and d/b/a THE UPPER DECK SPORTS PUB, a/k/a UPPER DECK SPORTS PUB, and THE UPPER DECK, a/k/a UPPER DECK a/k/a UPPER DECK SPORTS PUB a/k/a THE UPPER DECK a/k/a UPPER DECK a/k/a UPPER DECK SPORTS PUB,<br>        Defendants. | **JUDGMENT IN A CIVIL CASE**<br>CASE NO. 5:07-CV-439-F |

**Decision by Court.**

      IT IS ORDERED AND ADJUDGED that pursuant to the court's order of June 1, 2009, the Plaintiff's Motion for Summary Judgment is ALLOWED.

      IT IS FURTHER ORDERED that pursuant to the court's order of July 22, 2009, the court hereby ADOPTS the rationale of Plaintiff's Memorandum filed in response to the court's June 1, 2009 order and concludes that it is ORDERED that the Plaintiff is entitled to an award of fees as follows:

      1)      Pursuant to 47 U.S.C. § 553(c)(3)(A)(ii), plaintiff's motion for statutory damages is ALLOWED. Such damages are AWARDED, in the discretion of the court, in the flat sum of $5,000 in statutory damages; and

      2)      That the defendants willfully and intentionally intercepted the closed circuit television signal, therefore, plaintiff is awarded enhanced damages in the flat sum of $10,000; and

      3)      That the plaintiff recover from the defendants the sum of $8,730.54 in litigation expenses.

      Sums awarded shall be subject to post-judgment interest of 0.48 until paid in full.

      THE ABOVE JUDGMENT WAS ENTERED TODAY, **July 22, 2009**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

| | |
|---|---|
| Anthony E. Flanagan<br>7320 Six Forks Road, Suite 101<br>Raleigh, NC 27615 | Upper Deck Sports Pub<br>329 N. Harrison Avenue, Suite 1<br>Cary, NC 27513-4560 |

Ted Majchrzak
1629 Hall Boulevard
Garner, NC 27529      and to

329 N. Harrison Ave., Suite 1
Cary, NC 27513-4560

July 22, 2009                                   DENNIS P. IAVARONE
Date                                            Clerk of Court

                                                /s/ Susan K. Edwards
*Wilmington, North Carolina*                    *(By) Deputy Clerk*